**Kathy Glenn CLAY, Plaintiff-Appellant,**

v.

**PAPIK, Peace Officer, Serial No. 4017, individual and official capacity, Defendant-Appellee.**

**No. 16-56286**

United States Court of Appeals, Ninth Circuit.

Submitted November 15, 2017 *

Filed November 28, 2017

Kathy Glenn Clay, Pro Se

Shaun Dabby Jacobs, Matthew Alex Scherb, Attorney, Los Angeles City Attorney's Office, Los Angeles, CA, for Defendant-Appellee

Before: CANBY, TROTT, and GRABER, Circuit Judges.

MEMORANDUM ***

Kathy Glenn Clay appeals pro se from the district court's judgment entered following a jury verdict in favor of defendant Papik in Clay's 42 U.S.C. § 1983 excessive force action. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

Clay failed to preserve her challenge to the sufficiency of the evidence because Clay did not move for judgment as a matter of law either before or after the jury's verdict. *See Nitco Holding Corp. v. Boujikian,* 491 F.3d 1086, 1089 (9th Cir. 2007) ("[T]o preserve a challenge to the sufficiency of the evidence to support the verdict in a civil case, a party must make two motions. First, a party must file a preverdict motion pursuant to Fed. R. Civ. P. 50(a). Second, a party must file a postverdict motion for judgment as a matter of law or, alternatively, a motion for a new trial, under Rule 50(b)." (citations omitted)).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.